No. 91–1955. HARRIS *v.* DEPARTMENT OF AGRICULTURE. C. A. Fed. Cir. Certiorari denied.

No. 91–1957. CHEMICAL SPECIALTIES MANUFACTURERS ASSN., INC. *v.* BOOK ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1959. ST. JOHN ET AL. *v.* NORTH CAROLINA PAROLE COMMISSION ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–1960. HOPKINS *v.* SCHAUMBERG. C. A. 10th Cir. Certiorari denied.

No. 91–1961. CARPENTER *v.* ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 91–1963. DADE ET AL. *v.* CANNATELLA ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–1964. FRIEDMAN *v.* SUPERVISOR OF ASSESSMENTS OF MONTGOMERY COUNTY. Ct. Sp. App. Md. Certiorari denied.

No. 91–1965. KENNA *v.* NEW JERSEY DEPARTMENT OF LAW AND PUBLIC SAFETY, DIVISION OF CRIMINAL JUSTICE. Super. Ct. N. J., App. Div. Certiorari denied.

No. 91–1966. ANR FREIGHT SYSTEM, INC. *v.* PHILLIP. C. A. 8th Cir. Certiorari denied.

No. 91–1967. DAMER *v.* SUPERIOR COURT OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO, ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 91–1968. BEAM ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 91–1972. SPARKS *v.* CITY AND COUNTY OF SAN FRANCISCO. C. A. 9th Cir. Certiorari denied.

No. 91–1973. TOPALIAN ET AL. *v.* EHRMAN ET AL. C. A. 5th Cir. Certiorari denied.